UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

.........................
RAMON T. RODRIGUEZ,        ]
     Petitioner.          ]
                         ]
Vs.                        ]    CASE NO: 05 10843 NMG
                         ]
MICHAEL CORSINI,           ]
     Respondent.          ]
.........................]

MOTION TO PROCEED IN FORMA PAUPERIS

The petitioner moves that the Court allow him to proceed in forma pauperis, pursuant to 28 U.S.C. § 1915(a). In support thereof, the petitioner relies on the affidavit attached hereto.

Respectfully submitted,

Ramon T. Rodriguez, pro se
Bay State Correctional Ctr.
P.O. Box 73
28 Clark Street
Norfolk, Massachusetts 02056

DATED: April 13, 2005