UNITED STATES DISTRICT COURT
FOR THE FIRST DISTRICT OF MASSACHUSETTS

............................
RAMON T. RODRIGUEZ
    Petitioner.

Vs.                         CASE NO:_____

MICHAEL CORSINI,
    Respondent.

............................

## AFFIDAVIT IN SUPPORT OF MOTION
## TO PROCEED IN FORMA PAUPERIS

Being duly sworn, I do hereby depose and say that:

1. I am the petitioner in the above-entitled matter. The petitioner has moved to proceed without being requiered to prepay fees, cost, or give security therefor, as he is presently indigent and unable to paid the fees and/or costs of this case or to give security therefor. The Petitioner has previously been found indigent and I did not have to paid for fees in State Court.

2. The petitioner has been incarcerated on the present charges since May 20, 2001. He is not presently employed and has not been employed since prior to his incarceration. I have no income from business, profession, or other form of self-employment, or in the form of rent payments, interest,

dividends, or other source. I do have a job at the prison who paid the equivalent of $14.oo per week, $7.oo are diveded in two separate account, personal and savings. I owns no financial or other assets in the foreseeable future.

    3. No member of my family would be able to paid these cost and fees without depriving himself or herself (or his or her dependents) of the necessities of life, including food, shelter and clothing.

    4. For the above reasons. the petitioner request that all fees and cost be waived and that I be permitted to proceed in forma pauperis.

Signed under the pains and penalties of perjury.

*Ramon Rodriguez* (signature)
Ramon T. Rodriguez
Petitioner Acting pro se
Bay State Correctional Ctr.
P.O. Box 73
Norfolk, Massachusetts 02056

DATED: April 13, 2005