UNITED STATES OF AMERICA

DKT #: 05 10843 NMG

..............................
RAMON T. RODRIGUEZ

    Vs.

MICHAEL CORSINI
Superintendent.

..............................

UNITED STATES
DISTRICT COURT

MOTION

### APPOINTMENT OF COUNSEL

NOW: Comes the Petitioner, Ramon T. Rodriguez and pursuant to the Federal Laws U.S.C. § 3006A(g), request this Honorable Court to appoint counsel to represent him in his Habeas Corpus Petition.

    The petitioner does not know the laws and he beg of this Honorable Court for a federal forum, and as a single petitioner needs to present all his appeal and legal issues with proper representation in federal court. <u>Felker V. Turpin, 116 S. Ct. 2333, (1996)</u>.

    This Motion is being filed under the understanding that it's being submitted by a lay-person <u>pro se</u>.

Respectfully submitted,
Ramon T. Rodriguez, pro se
Bay State Correctional Ctr.
P.O. Box 73 - 28 Clark St.
Norfolk, Massachusetts 02056

CC: Attorney General
    TOM REILLY.
    FILE.