UNITED STATES OF AMERICA

DKT # 05 10843NMG

UNITED STATES
DISTRICT COURT.

........................

RAMON T. RODRIGUEZ,
    Petitioner.

Vs.

MICHAEL CORSINI,
Superintendent of BSCC

........................

AFFIDAVIT

## IN SUPPORT OF MOTION TO APPOINT COUNSEL

I, Ramon T. Rodriguez hereby depose and say that:

1.) I am the Petitioner in the above entitled matter and I make this Affidavit in support of my Motion To Appoint Counsel.

2.) Presently I am incarcerated at Bay State Correctional Center.

3.) I am unable to afford an Attorney to represent me in any court proceedings or hearing at federal court.

4.) I ask of the Court to realize that appointed counsel has to speak spanish or a translator.

5.) I am filing this Pro Se, for that reason, that I am unable to hire counsel for representation.

Made and signed under pains and penalties of perjury on this 2nd day of May - 2005.

Respectfully submitted,
Ramon T. Rodriguez, Pro Se.
Bay State Correctional Ctr.
P.O. Box 73 -- 28 Clark Street
Norfolk, Massachusetts 02056

## CERTIFICATE OF SERVICE

    I, Ramon T. Rodriguez certify that I have sent a true copy of the enclosed documents, to the Office of the Attorney General Tom Reilly, in Boston, Massachusetts. Postage pre-paid by U.S. Mail on this 3rd day of May -- 2005.

                               Attorney General Tom Reilly
                               One Ashburton Place
                               Boston, Mass.  02108-1698

I, declared under penalty of perjury that the foregoing is true and executed on: May 3rd, 2005.

*Ramon T. Rodriguez*
Ramon T. Rodriguez
Bay State Correctional Ctr.
P.O. Box 73
Norfolk, Mass. 02056