UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>Ramon Rodriguez,</u>
      Plaintiff,

   v.        Civil Action No. 05-10843-NMG

<u>Michael Corsini ,</u>
      Defendant.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

 Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☐ GRANTED.

☒ DENIED for the following reason(s):
  The application is denied as moot. Petitioner paid the $5 filing fee on April 27, 2005.

SO ORDERED.

 11/23/05            s/ Nathaniel M. Gorton
DATE              UNITED STATES DISTRICT JUDGE