```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

RAMON RODRIGUEZ,               )
          Petitioner,          )
                               )
     v.                        )      C.A. No. 05-10843-NMG
                               )
MICHAEL CORSINI,               )
                               )
          Respondent.          )
```

## ORDER ON MOTION FOR APPOINTMENT OF COUNSEL

Now before the court is petitioner's Motion for Appointment of Counsel. Accordingly, it is hereby ORDERED that petitioner's motion for appointment of counsel is denied without prejudice to filing such a motion after the respondent has filed a responsive pleading to the petition.

Dated at Boston, Massachusetts, this 23rd day of November 2005.

```
                         __s/ Nathaniel M. Gorton_____
                         UNITED STATES DISTRICT JUDGE
```