UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ramon Rodriguez,
 Petitioner,

v.                              Civil Action No. 05-10843-NMG

Michael Corsini,
 Respondent.

O R D E R

On April 26, 2005, Ramon Rodriguez submitted a petition for habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is currently confined at Bay State Correctional Center.

It is hereby ORDERED that pursuant to Rule 4 of the Rules Governing Section 2254 cases, the Clerk of this Court shall serve a copy of the Petition and this Order to (1) Michael Corsini, Superintendent, Bay State Correctional Center, 28 Clark Street, P.O. Box 73, Norfolk, MA 02056; AND (2) Cathryn A. Neaves, Assistant Attorney General, Office of the Attorney General, One Ashburton Place, Boston, MA, 02108;

It is FURTHER ORDERED that Respondent shall, within 28 days of receipt of this Order, file an answer (or other proper responsive pleading) to the Petition for Writ of Habeas Corpus; AND

FURTHER, this Court requests that Respondent, as part of the return, file such documents which reflect on whether Petitioner has exhausted his available state remedies with respect to the matters raised by the Petition.

SO ORDERED.

11/23/05                          s/ Nathaniel M. Gorton
 DATE                             UNITED STATES DISTRICT JUDGE