UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| RAMON RODRIGUEZ, | ) | |
| Petitioner, | ) | |
| v. | ) | Civil Action No. 05-10843-NMG |
| MICHAEL CORSINI, | ) | |
| Respondent. | ) | |

**RESPONDENT'S MOTION FOR LEAVE TO DISPENSE WITH
THE CONFERENCE REQUIREMENT OF LOCAL RULE 7.1**

Respondent Michael Corsini, through counsel, moves that he be permitted to file the accompanying Motion for Extension of Time in Which to Respond to Petition for Writ of Habeas Corpus and any future motions without counsel first conferring with petitioner, as Local Rule 7.1(A)(2) requires. In support thereof, respondent states that petitioner is currently incarcerated at a Massachusetts Correctional Institution and is not represented by counsel, rendering pre-filing conference impracticable.

For this reason, respondent requests that he be granted leave to dispense with the pre-filing conference required by L.R. 7.1(A)(2), and that he be permitted to file the accompanying Motion for Extension of Time in Which to Respond to Petition for Writ of Habeas Corpus and any future motions in this action without first conferring with petitioner.

Respectfully submitted,

MICHAEL CORSINI,

By his attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/  Maura D. McLaughlin
Maura D. McLaughlin (BBO # 634923)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ex. 2857

Dated: December 22, 2005

**CERTIFICATE OF SERVICE**

   I hereby certify that I have caused a true and accurate copy of the foregoing document to be served upon the petitioner this 22nd day of December, 2005, by depositing a copy in the office depository for collection and delivery of first-class mail, addressed as follows:  Ramon T. Rodriguez, Bay State Correctional Center, P.O. Box 73, Norfolk, Massachusetts 02056.

/s/ Maura D. McLaughlin
Maura D. McLaughlin