UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON RODRIGUEZ,           )<br>                            )<br>     Petitioner,           )<br>                            )<br>v.                          )     Civil Action No. 05-10843-NMG<br>                            )<br>MICHAEL CORSINI,            )<br>                            )<br>     Respondent.            )<br>                            ) | |

### RESPONDENT'S MOTION FOR BRIEFING SCHEDULE

The respondent, Michael Corsini, requests that the Court enter the following proposed briefing schedule for the merits of the petition. The proposed briefing schedule will provide the petitioner with an opportunity to brief the merits of the petition in the first instance. The respondent requests the following dates:

1. Petitioner's memorandum in support of the merits of the petition shall be due on or before February 27, 2006;

2. Respondent's memorandum in opposition to the merits of the petition shall be due on or before March 29, 2006; and

3. Petitioner's reply memorandum shall be due on or before April 12, 2006.

WHEREFORE, the respondent respectfully requests that the court enter the above proposed schedule as an order of the court.

Respectfully submitted,

MICHAEL CORSINI,

By his attorneys,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Maura D. McLaughlin
Maura D. McLaughlin (BBO # 634923)
Assistant Attorney General
Criminal Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-2200, ex. 2857

Dated: January 27, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and accurate copy of the foregoing document to be served upon the petitioner this 27th day of February, 2006, by depositing a copy in the office depository for collection and delivery of first-class mail, addressed as follows: Ramon T. Rodriguez, Bay State Correctional Center, P.O. Box 73, Norfolk, Massachusetts 02056.

/s/ Maura D. McLaughlin
Maura D. McLaughlin