Ramon T. Rodriguez
MCI- Norfolk
2 Clark Street, P.O. Box 43
Norfolk, MA 02056

United States District Court
John Joseph Moakly U.S Courthouse
1 Courthouse Way
Boston, MA 02110

RE: CIVIL DOCKET # 1:05-CV-10843-NMG

May 26, 2006

Dear Clerk,

    Having received a docket report for the above-referenced case, the most recent entry on 5/9/2006 mentions that a Petitioner memorandum in support of the merits is to be submitted by 6/30/2006. Since I am not well versed in the aspects of law, am I able to renew my motion to appoint counsel?

    On 11/23/2005 the Honorable Judge, Nathaniel M. Gorton, denied my motion to appoint counsel without prejudice, with an instruction to renew after respondent has filed a response to the petition.

    Now that the respondent has filed an answer to the petition, how do I go about renewing my motion to appoint counsel? Do you need

me to re-submit the motion? If I am unable to do this, could the Honorable Court please furnish me with an outline of the requirements for the memorandum in support of the merits? Also, since my time limit is running out, do I need to file a motion for an extension of time or will an appointed attorney do that on my behalf?

I thank you for your time regarding these matters and I look forward to hearing from you at your earliest convenience.

Sincerely Yours,

Ramon T. Rodriguez