05cv10843 NMG

MR. RAMON RODRIGUEZ W 81152

MCI - NORFOLK

P.O. BOX 43

NORFOLK, MA. 02056

FILED
IN CLERKS OFFICE

2006 JUL 18 P 2:22

U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT

OFFICE OF THE CLERK

UNITED STATES COURTHOUSE

1 COURTHOUSE WAY, SUITE 2300

BOSTON, MA 02210

RE: RAMON RODRIGUEZ V MICHAEL CORSINI

July 16, 2006

Dear Clerk,

    About two months ago I sent a letter to your office asking what steps I had to take with regard to the case above. On the 23rd November, 2005 my motion to appoint counsel was denied, without prejudice, to renew after respondant has filed petition. My previous correspondence asked whether or not I had to re-file my motion to appoint counsel or if it would be automatically renewed. A petitioner memorandum was due on June 30, 2006, but since I am a layman of the law could you please either send me instructions on how to file the memorandum or advise me on appointment of counsel. I thank you for your time and look forward to hearing from you.

Yours Sincerely,

Ramon Rodriguez