UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ramon Rodriguez
    plaintiff

v.

Michael Corsini
    defendant

CIVIL CASE NUMBER: 1:05-cv-10843-NMG

## MOTION TO RENEW MOTION TO APPOINT COUNSEL

Now comes the plaintiff, Ramon Rodriguez, who respectfully requests that the Honorable Court appoint counsel for the above-referenced matter on his behalf.

As reasons therefore, the plaintiff states that he is currently incarcerated at the Massachusetts Correctional Institution at Norfolk and is indigent (see attached inmate account summary). The plaintiff also avers that he is a non-English speaking layman of the law and requires adequate representation to argue the meritous claims set forth in the petition for writ of Habeas Corpus.

The plaintiff had previously filed a motion to appoint counsel on May 4, 2005, but the motion was denied without prejudice, to renew after respondant had filed a response to the petition, on November 23, 2005. Said response has now been filed.

WHEREFORE, the defendant, Ramon Rodriguez, prays that the Honorable

Court grant his motion and appoint him a Spanish speaking attorney to argue the merits of his case.

Respectfully submitted,

*Ramon Rodriguez*

Ramon Rodriguez, Pro Se
W-81152
MCI-Norfolk
P.O Box 43
Norfolk, MA. 02056