AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

_Boston_    District of    _Massachusetts_

FILED
IN CLERKS OFFICE
2006 SEP -5    P 2: 27

U.S. DISTRICT COURT
DISTRICT OF MASS.

Ramon Rodriguez
Plaintiff

V.

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

Michael Corsini
Defendant

CASE NUMBER:  1: 05-cv-10843-NM6

I, _Ramon Rodriguez_ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant        ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration    _MCI Norfolt, P.O. Box 43, Norfoit, ma 02056_

   Are you employed at the institution?  _NO_   Do you receive any payment from the institution?  _NO_

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a.  If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b.  If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | | |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ Yes | ☒ No |
   | b. | Rent payments, interest or dividends | ☐ Yes | ☒ No |
   | c. | Pensions, annuities or life insurance payments | ☐ Yes | ☒ No |
   | d. | Disability or workers compensation payments | ☐ Yes | ☒ No |
   | e. | Gifts or inheritances | ☐ Yes | ☒ No |
   | f. | Any other sources | ☐ Yes | ☒ No |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

    If "Yes," state the total amount. _____

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

_____          *Ramón Rodriguez*
            Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

MASSACHUSETTS
DEPARTMENT OF CORRECTION
Inmate Transaction History
Summary Report

MCI NORFOLK

| | | | |
|---|---|---|---|
| Inmate Name............ | RODRIQUEZ | RAMON | |
| Commitment number.... | W81152 | | |
| Period encompassed.... | 3/1/2006 THRU | | 9/1/2006 |

| | Personal | Savings | Total |
|---|---|---|---|
| Six Month Average Daily Balance | 69.16 | 144.20 | 213.37 |
| 20% of Six Month Average Daily Balance | 42.67 | | |
| Total Expenditures for Period | | | 165.39 |
| Total Income for Period | | | 35.63 |

To the best of my knowledge, the above summary information is true and accurate:

Signed _Marsha Collins_

MARSHA COLLINS, Treasurer

Time: _4:12 PM_

Date: _8/31/06_

Note: A copy of the inmate's account activity statement for the six month period
("Inmate Transaction History") is attached.

court

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date : 20060831 13:21

| Commit# : | W81152 | | | | MCI NORFOLK | | | Page : 1 | |
|---|---|---|---|---|---|---|---|---|---|
| Name : | RODRIQUEZ, RAMON, T. | | | | Statement From | 20060301 | | | |
| Inst : | MCI NORFOLK | | | | To | 20060831 | | | |
| Block : | P-1 | | | | | | | | |
| Cell/Bed : | 4 /20 | | | | | | | | |

| Transaction Date | Type | Receipt # | Check No | Inst Name | Notes | Personal Income | Personal Expense | Savings Income | Savings Expense |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Total Transaction before this Period : | $1,903.67 | $1,765.22 | $1,441.34 | $1,298.24 |
| 20060301 16:56 | IS - Interest | 6223179 | | NOR | | $0.70 | $0.00 | $0.00 | $0.00 |
| 20060304 16:56 | IS - Interest | 6223180 | | NOR | | $0.00 | $0.00 | $0.70 | $0.00 |
| 20060309 22:30 | CN - Canteen | 6287770 | | NOR | Canteen Date : 20060309 | $0.00 | $24.89 | $0.00 | $0.00 |
| 20060329 09:21 | VI - Visitation | 6375422 | | NOR | ROSITA MIRANDA | $25.00 | $0.00 | $0.00 | $0.00 |
| 20060329 09:21 | MA - Maintenance and Administration | 6375424 | | NOR | Monthly Maintenance and Administration Fee | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060330 22:30 | CN - Canteen | 6398614 | | NOR | Canteen Date : 20060330 | $0.00 | $31.24 | $0.00 | $0.00 |
| 20060406 16:50 | IS - Interest | 6437233 | | NOR | | $0.67 | $0.00 | $0.00 | $0.00 |
| 20060406 16:50 | IS - Interest | 6437234 | | NOR | | $0.00 | $0.00 | $0.80 | $0.00 |
| 20060413 22:30 | CN - Canteen | 6485295 | | NOR | Canteen Date : 20060413 | $0.00 | $11.27 | $0.00 | $0.00 |
| 20060420 09:47 | IC - Transfer from Inmate to Club A/c | 6516380 | | NOR | CHAPEL FUND - Z24 CHAPEL FUND - Z24 | $0.00 | $1.00 | $0.00 | $0.00 |
| 20060427 11:30 | IC - Transfer from Inmate to Club A/c | 6550665 | | NOR | 4/7/06 MED CO-PAY MEDICAL CO-PAYMENT - Z4 MEDICAL CO-PAYMENT - Z4 | $0.00 | $3.00 | $0.00 | $0.00 |
| 20060427 11:30 | AT - Account Transfer | 6550663 | | NOR | FOR MED CO-PAY W81152 RODRIGUEZ RAMON T PERSONAL | $3.00 | $0.00 | $0.00 | $3.00 |
| 20060427 22:30 | CN - Canteen | 6552793 | | NOR | Canteen Date : 20060427 | $0.00 | $17.15 | $0.00 | $0.00 |
| 20060504 16:51 | IS - Interest | 6597886 | | NOR | | $0.56 | $0.00 | $0.00 | $0.00 |
| 20060504 16:51 | IS - Interest | 6597887 | | NOR | | $0.00 | $0.00 | $0.82 | $0.00 |
| 20060511 22:30 | CN - Canteen | 6648115 | | NOR | Canteen Date : 20060511 | $0.00 | $13.95 | $0.00 | $0.00 |
| 20060601 22:30 | CN - Canteen | 6747778 | | NOR | Canteen Date : 20060601 | $0.00 | $19.33 | $0.00 | $0.00 |
| 20060606 17:01 | IS - Interest | 6772749 | | NOR | | $0.42 | $0.00 | $0.00 | $0.00 |
| 20060606 17:01 | IS - Interest | 6772750 | | NOR | | $0.00 | $0.00 | $0.86 | $0.00 |
| 20060622 22:30 | CN - Canteen | 6875521 | | NOR | Canteen Date : 20060622 | $0.00 | $20.42 | $0.00 | $0.00 |
| 20060711 16:47 | IS - Interest | 6970092 | | NOR | | $0.24 | $0.00 | $0.00 | $0.00 |
| 20060711 16:47 | IS - Interest | 6970093 | | NOR | | $0.00 | $0.00 | $0.87 | $0.00 |
| 20060713 22:30 | CN - Canteen | 7000231 | | NOR | Canteen Date : 20060713 | $0.00 | $23.14 | $0.00 | $0.00 |
| 20060727 22:30 | CN - Canteen | 7067140 | | NOR | Canteen Date : 20060727 | $0.00 | $2.00 | $0.00 | $0.00 |
| 20060801 16:45 | IS - Interest | 7087294 | | NOR | | $0.07 | $0.00 | $0.00 | $0.00 |
| 20060801 16:45 | IS - Interest | 7087295 | | NOR | | $0.00 | $0.00 | $0.92 | $0.00 |
| | | | | | | $30.66 | $168.39 | $4.97 | $3.00 |

# COMMONWEALTH OF MASSACHUSETTS
## DEPARTMENT OF CORRECTION
### Inmate Transaction Report

Date :  20060831 13:21

| | | | Page : 2 |
|---|---|---|---|
| Commit# : | W81152 | MCI NORFOLK | |
| Name  : | RODRIQUEZ, RAMON, T. | Statement From  20060304 | |
| Inst  : | MCI NORFOLK | To  20060831 | |
| Block  : | P-1 | | |
| Cell/Bed : | 1 /20 | | |

| | Personal | Savings |
|---|---|---|
| Balance as of ending date : | $0.72 | $145.07 |

Current Balances :

| Personal | Savings | Freeze | Loan | Restitution | Sentence |
|---|---|---|---|---|---|
| $0.72 | $145.07 | $0.00 | $0.00 | $0.00 | $0.00 |