Mr. Ramon Rodriguez W-81152
MCI - Norfolk
P.O. Box 43
Norfolk, MA. 02056

FILED
CLERKS OFFICE
2006 DEC 12  P 12: 22
U.S. DISTRICT COURT
DISTRICT OF MASS.

United States District Court
Office of the Clerk
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston, MA. 02210

RE: Civil Docket # 1:05-CV-10843-NMG

December 12, 2006.

Dear Clerk,

    I am writing to you with regard to my previous correspondence and my motion to renew motion to appoint counsel. I have heard nothing back from the Court after my last correspondence at the end of August and am becoming a little concerned. Could you please let me know either through a docket entry sheet or a letter, if you received my motion. I thank you for your time regarding this matter and I look forward to hearing from you soon.

                                                Yours sincerely,

                                                Ramon Rodriguez.