UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RAMON RODRIGUEZ,<br>        Petitioner<br><br>v.<br><br>MICHAEL CORSINI,<br>        Respondent | CIVIL ACTION<br>NO. 05-10843-NMG |

**ORDER**

Because there is apparent confusion with respect to the status of this habeas corpus action, the Court makes the following rulings:

1) petitioner's motion to renew motion to appoint counsel (Docket No.17) is **DENIED**;

2) petitioner's application to proceed without payment of fees (Docket No.18) is **DENIED**, as moot; the petitioner has paid the filing fee and may proceed (See order dated November 23, 2005, Docket No. 6);

3) the Court will treat "respondent's memorandum of law in opposition to petitioner's petition" (Docket No.16) as a motion to dismiss the petition; and

4) if petitioner chooses to oppose that motion, he will file with the Court his opposition thereto on or before March 14, 2007.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated: February 12, 2007