UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Ramon Rodriguez,
    Petitioner

v.

Michael Corsini,
    Respondent

Civil Case Number
05-10843-NMG

MOTION FOR TIME EXTENSION

Now comes the petitioner, Ramon Rodriguez, and moves this Honorable Court in the above-captioned matter to extend the deadline for filing a response to the respondent's memorandum of law.

As reasons therefore the petitioner states that he is trying to obtain counsel after the denial of a previous motion issued from this court, but is finding it difficult in the corrections environment. Being a layman of the law and a non-English speaking individual he feels that counsel is required to follow both the rules and procedures of the court.

WHEREFORE, the petitioner prays that this Honorable Court show leniency and grant his motion for time extension.

Respectfully Submitted

Dated: March 12, 2007

*Ramon Rodriguez*
Ramon Rodriguez
W-81152
MCI-Norfolk
P.O. Box 43
Norfolk, MA. 02056