UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Ramon Rodriguez,**
    **Petitioner**

  **V.**

**Michael Corsini,**
    **Respondent**

CIVIL ACTION

NO.  05-10843-NMG

Order of Dismissal
February 26, 2008

Gorton, D. J.

In accordance with the Courts allowance of Respondents Memorandum of Law in Opposition to Petition, it is hereby Ordered this case is Dismissed.

Approved,

/s/ Nathaniel M. Gorton,
**United States District Judge**

By the Court,

/s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismendo.ord - 09/92)   [odism.]